Vivian Long, Clerk
Court of Criminal Appeals
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449



FILED
DEC 14 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Dear Clerk:

Enclosed please find my pro se Defendants Motion for Extension of Time to file Petition for Descretionary Review. Please file this Motion and bring it to the attention of the Courts.

Please date-stamp this letter and return it to me at my address shown below. I also request that you notify me of the Courts ruling on my Motion.

Sincerly,

David Stone
Defendant, pro se
TDCJ·ID#02003076
Dick Wave Transfer Facility
16815 F.M 3525
Colorado City, Texas 79512

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk

NO. 07-15-00211CR

IN THE COURTS OF CRIMINAL APPEALS
AUSTIN, TEXAS

DAVID STONE
V.
THE STATE OF TEXAS

FILED
DEC 14 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

From Appeal NO. 07-15-00211-CR
Trail Cause NO. 67,842-A
Potter County

FIRST MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS

Comes now, David Stone Petitioner, and files this Motion for an Extension of sixty (60) days in which to file a petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

I

The Petitioner was convicted in the 47th District Court of Potter County, Texas of the offense of Injury to child in Cause NO. 67,842-A styled STATE of TEXAS VS. David Stone, The Petitioner appealed to the Courts of Appeals, Seventh Supreme Judicial District. The case was affirmed on November 27, 2015

II

The present deadline for filing the Petition for Discretionary Review is December 18, 2015. The Petitioner has not requested any extension prior to this request.

III

Petitioner request for an extension is based upon the following Facts:
Petitioner was not informed of the decision of the court of appeals in affirming his case until November 27, 2015. Since that time Petitioner has been attempting to gain legal representation in the matter

His attorney on the appeal, STEVEN. M Denny, has informed Petitioner that he will not represent him on the Petition for Discretionary Review

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case NO. 67,842-A to February 18, 2016

David Stone
Petitioner, pro se
Texas Department of Criminal Justice
Dick Wave UNIT
TDCJ-ID#02003076
Colorado City, Texas 79512

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Audrey Mink at 47th District Court, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 7th day of December, 2015

David Stone
Petitioner, pro SE

I, David Stone, TDCJ#02003076, being presently incarcerated in the Dick Wave Unit of Texas Department of Criminal Justice in Michelle County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 7th day of December, 2015

David Stone
David Stone
TDCJ-ID#02003076